# PD-0608-15

Cause Number _____

Cause Number _____

In The

**TEXAS COURT OF CRIMINAL APPEALS**

Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 22 2015

Abel Acosta, Clerk

Charles Fredrick Bell     )(    Movant/Petitioner

)(

Vs.              )(

)(

The State of Texas     )(    Respondent

FILED IN
COURT OF CRIMINAL APPEALS

MAY 22 2015

Abel Acosta, Clerk

# MOTION FOR EXTENSION OF TIME

# TO FILE

# PETITION FOR DISCRETIONARY REVIEW

TO:   THE HONORABLE JUSTICES OF THE

TEXAS COURT OF CRIMINAL APPEALS

Comes now Charles Fredrick Bell, Petitioner/Movant in the above-styled and numbered cause (hereinafter "Bell"), proceeding inpropria persona, pursuant to the authority of Tex. R. App. Proc. 10.5(b) and 68.2(c), in conjunction with the Due Process and Due Course of Law protections and guarantees of the United States and Texas Constitutions, and respectfully requests that this Honorable Court enter an order extending the time to file his pro-se PETITION FOR

DISCRETIONARY REVIEW for ninety (90) days, up to and including the 10th day of August, A.D. 2015, and, in support would respectfully show this Honorable Court that:

1. Bell was convicted in the 219th Judicial District Court of Collin County, Texas, of the offense(s) of aggravated sexual assault of a child in cause number 219-80942-2012, styled "THE STATE OF TEXAS vs. CHARLES FREDRICK BELL.

2. Bell timely appealed his conviction(s) to the Court of Appeals, Fifth District of Texas, which affirmed the conviction(s) in an unpublished opinion, rendered on the 10th day of April, A.D. 2015.

3. The present deadline for filing the Petition for Discretionary Review in this case is on or before the 10th day of May, A.D. 2015, (see Tex. R. App. Proc. 68.2(a)), and Bell has made no previous requests for an extension of time relating to the filing of his pro-se petition seeking discretionary review in the above-styled and numbered cause.

4. Good cause exists for granting the requested extension of time in this case because:

a. Bell is unskilled and untrained in the field of law and due to his poverty is compelled to depend on the assistance of a layman in order to attempt to litigate the instant proceeding.

b. Bell, with the financial support and assistance of family members, was represented by retained counsel in the Fifth Court of Appeals and said counsel has declined to provide Bell with further legal representation for purposes of pursuing discretionary review in this court and has indicated an unwillingness to further litigate the instant proceeding. Bell was informed, by family members, of the decision of the Fifth Court of Appeals disposing of the appellate proceedings on or about the 20th day of April, A.D. 2015.

c. Pursuant to the procedural requirements of the Texas Rules of Appellate Procedure, Bell is required to obtain and attach a copy of the opinion of the Fifth Court of Appeals to his pro-se petition for discretionary review. However, in order to do so Bell must contact his retained appellate attorney, and/or the clerk of the Fifth Court of Appeals and arrange to obtain a copy of the appellate court's opinion in this case.

5. Bell has made no previous requests for an extension of time and this request is not being made for mere delay, but in order that justice may be better served.

WHEREFORE, Bell respectfully moves and prays that this motion be duly considered by this Honorable Court and, thereafter: **GRANTED.**

Respectfully submitted;

Charles Fredrick Bell, (Pro-se)

TDCJ-ID #01899258

1800 Luther Dr. #115

Navasota, Tx. 77868

## VERIFICATION

I, Charles Fredrick Bell, TDCJ-CID #01899258, being presently incarcerated in the Texas prison system, here in Grimes County, Texas, declare under the penalty of perjury that the above and foregoing is true and correct to the best of my knowledge and belief.

Executed on this the 12th day of May, A.D. 2015.

Charles Fredrick Bell, (Pro-se)

Affiant/Movant/Petitioner

## Certificate of Mailing/Service

I, Charles Fredrick Bell, TDCJ-CID #01899258, being presently incarcerated in the Texas prison system, here in Grimes County, Texas, do hereby certify that on this the 12th day of May, A.D. 2015, a true and correct copy of the above and foregoing MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW was mailed to: Greg Willis, Collin County District Attorney, 2100 Bloomdale Rd, Ste 100, McKinney, Texas, 75071, by depositing same into the internal prison mail system with first class postage prepaid.

Charles Fredrick Bell

Movant/Petitioner (Pro-se)

## Certificate of Conference

A conference was not held with the party because Charles Fredrick Bell is incarcerated in the Texas prison system and proceeding pro-se. Pursuant to the rules, regulations and policies of the Texas prison system, prisoners are only allowed to make out-going telephone calls to persons, including attorneys and government officials, who make application to prison officials to have their name(s) and contact information placed on Charles Fredrick Bell's pre-approved telephone calling list. The opposing party in this case has **NOT**, to the best of Charles Fredrick Bell's knowledge, made such a request.

Charles Fredrick Bell

Movant/Petitioner (Pro-se)